**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SYVILLA LEWIS,

                Plaintiff,                24 **CIVIL** 268 (JLC)

     -v-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 12, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a hearing and a new decision.

**Dated:** New York, New York
        August 13, 2024

                                                  **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                  **BY:**            K. mango

                                                       **Deputy Clerk**