UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/15/2026

SYVILLA LEWIS,

                        Plaintiff,

            -v-

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                        Defendant.

**ORDER**

24-CV-268 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff moved for authorization of attorney fees on May 29, 2026.  ECF No. 20.  To date, Defendant has not responded to this motion.  The deadline for responding is extended *sua sponte* to **June 22, 2026**.  If no response is filed, the motion will be decided based on Plaintiff's filings.

**SO ORDERED.**

Dated: June 15, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge